IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

JAN 25 2007

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

MICHAEL ALLEN KOKOSKI,

      Petitioner/Plaintiff,

v.

                              Case No. 5:07 - 0056

CHARLES T. FELTS, Warden,

      Respondent/Defendant.

## PETITION FOR A RESTRAINING ORDER

COME NOW the Petitioner/Plaintiff, Michael Allen Kokoski, acting pro se, in the abovestyled Case pursuant to Rule 65 of the Federal Rules of Civil Procedure, or otherwise, and by this application hereby moves the Court to issue a restraining Order necessary or appropriate to prohibit the Respondent/Defendant Charles T. Felts, Warden of the Federal Correctional Institution in Beaver, West Virginia from denying the movant participation in the Certified Religious Diet Program during the cource of this Action.

In further support of this request, Movant says that he has been participating in the Certified Religious Diet Program ("CRDP") offered by the federal Brueau of Prisons ("BOP"), since April 10, 1996 (Exhibit No. 1., Attachment A.). Which program was created by the BOP to provide Jewish Inmates kosher meals during their incarceration; and to meet the dietary needs of such inmates. However, for whatever reasons as may become apparent during the cource of this action, the Respondent/Defendant has unreasonably removed Movant from participation in this program due to no fault of his own. And his First Amendment rights have been abridged,

under the Religoüs Freedom Restoration Act of 1993 (as amended),
without due process of law, by the Respondent/Defendant and his
agent(s), causing Movant to violate substancial tenets of his
religous faith through the deliberate indiference or incompetence
of the nonmoving party(s) herein. Id.  Thereby imposing substan-
cial burdens upon Movant's ability to practice his religous
preference (i.e. Messianic Judism), in this Case.  As the attached
evidense discloses. Supra.

Furthermore, Movant has several pending actions currently
pending adjudication, on the merits, against this same Respondent/
Defendant, before the Court, in the matter of Michael Allen Koko
Kokoski, v. Charles T. Felts, Warden, Case Nos. 5:06-cv-00024;
5:06-cv-00605; 5:06-cv-00629; 5:06-cv-00849 (i.e. all petitions
for cause to issue the writ of habeas corpus); and in Michael
Allen Kokoski, v. Charles T. Felts, Civil Action 5:07-cv-00039
(SDWVa)(i.e. To vindicate basic constitutional rights of access
to the Courts); which litigations could reasonably be adversly
effected by the Respondent/Defendant's denial to provide Movant
kosher foodstuffs, herein, this Case.  As Movant is a human being
and cannot litigate his cases before the court if he cannot eat.
And, Movant cannot meet his dietary requirements through any-
other means (such as commisary shopping) without needlessly
jeprodizing his health.  As these foods are not adequate to
sustain human life and are provided to the inmate population as
snack items only.

And Movant is likely to suffer irreparable harm unless the
Court intervene by granting the restraining Order herein. (id.)

And the Respondent/Defendant herein could not possibly be prejudiced if the Court would grant this motion or application without first giving him/them an opportunity to be hered in opposition to this request.  As there could be no legitimate penicological interest served in denying Movant participation in this program to which he has tenure, at all times, from April 10, 1996. <u>Supra</u>.

Whereof Movant attaches hereto and incorporates the following exhibits in support of this Motion:

1.   The "<u>DECLARATION OF MICHAEL ALLEN KOKOSKI</u>", dated January 24, 2007 with all attachments thereto. (i.e. "Exhibit No. 1.", and Attachment A., thereto).

WHEREFORE, and based upon the foregoing, Movant prays the Court grant this Motion and any further relief to which he may be entitled to.

Respectfuly Submitted,

_Michael Allen Kokoshi_ UCC 3-419
_January 24th, 2007_
DATE

MICHAEL ALLEN KOKOSKI 02115-061
FEDERAL CORRECTIONAL INSTITUTION
BECKLEY --
P. O. Box 350,
Beaver, West Virginia 25813

Acting pro se.

cc. Teresa L. Depner;
    United States Attorney's Office;
    Michael A. Kokoski;
    file.

ATTACHMENTS

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing

Petition for a Restraining Order with all attachments to Cousel

for the Opposing party(s) this 29th day of January ,20 07 .

Addressed as follows

OFFICE OF THE UNITED STATES ATTORNEY
Robert C. Byrd Federal Courthouse
300 Virginia Street East
Post Office Box 1713,
Charleston, West Virginia 25326

                                   *Michael Allen Kokoski* UCC 3-419
                                   MICHAEL ALLEN KOKOSKI 02115-061
                                   FEDERAL CORRECTIONAL INSTITUTION
                                   BECKLEY--
                                   P.O. Box 350,
                                   Beaver, West Virginia 25813

                                   Acting pro se.

cc. Teresa L. Depner;
    United States Attorney's Office;
    Michael A. Kokoski;
    file.

-4-

Name: MICHAEL KOKOSKI
Reg #: 02115-061
Federal Correctional Institution--Beckley
P.O. Box 350
Beaver, WV 25813

24 JAN 2007

Teresa L. Deppner, Clerk
U.S. District Court
P.O. Box 5009
Beckley, W.W. 25801

